

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

October 18, 1971

Honorable Ted Butler                    Opinion No. M-974
Criminal District Attorney
Bexar County Courthouse                 Re: May the date of selection
San Antonio, Texas 78204                    of a depository of Bexar
                                            County Hospital District be
                                            changed from February to
                                            October and a related ques-
Dear Mr. Butler:                            tion.

        You have requested our opinion concerning whether the
Bexar County Hospital District may legally select a depository
in October instead of February.

        In the past the Hospital District has selected its
depository in the month of February of even numbered years.
Section 10 of Article 4494(n), Vernon's Civil Statutes, in
part, provides that the Hospital District shall select a de-
pository "in the manner provided by law for selection of
county depositories; and such depository shall be the depos-
itory of such District for a period of two years thereafter, un-
til its successor is selected and qualified."

        The statutes relative to county depositories require
the selection by the Commissioner's Court at the February Reg-
ular Term.  Article 2544, et seq., Vernon's Civil Statutes.
Provisions of statutes requiring the selection of a depository
every two years are mandatory and must be complied with in all
respects.  In re Cameron Trust Co., 51 S.W.2d 1025, (Mo.Sup.
1932); Attorney General's Opinion No. O-3837 (1941).  Said
Attorney General's Opinion states:

        "We think the above mentioned statutes
    and contract itself fix the term of the depos-
    itory and that such relation continues for such
    time and cannot be terminated at will by either
    party to the contract."

        In the above cited Missouri case, at 51 S.W.2d 1026,
the court held that the statute required the selection of a
depository every two years; that the contract expired at the end
of the two year period; "and could not be extended or continued
by common consent."

In February of 1970, the present depository was selected by the Bexar County Hospital District for a two year term. It is our opinion that the said Hospital District may not legally select a new depository in October of 1971, or extend the term for the depository until October of 1972.

S U M M A R Y

The Bexar County Hospital District may not change the month of selection of its depository from February to October after the depository was selected for a two year term in February of 1970.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Jack Sparks
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W.E. Allen, Co-Chairman

John Reeves
W.O. Shultz
Lewis Jones
Bill Corbusier

SAM McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant